IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDEN SERVICE CORPORATION                                              PLAINTIFF/
                                                                                           COUNTER-RESPONDENT

v.                                            Civil No. 4:17-cv-04016

DOMETIC CORPORATION                                                     DEFENDANT/
                                                                                          COUNTER-CLAIMANT

## ORDER

Before the Court is the parties' Joint Motion for Continuance and New Trial Setting. ECF No. 11. The parties maintain that professional and personal circumstances have rendered them unable to conduct the necessary discovery in this matter and request a continuance of the trial, as well as new scheduling order setting new deadlines for discovery and related disclosures.

Upon consideration, the Court finds that the parties' motion should be and hereby is **GRANTED**. The trial in this matter is hereby continued and the deadlines set forth in the Final Scheduling Order (ECF No. 9) are hereby lifted. The Court will issue a new scheduling order at a later date.

**IT IS SO ORDERED**, this 26th day of February, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge