IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDEN SERVICE CORPORATION                                PLAINTIFF/
                                                COUNTER-RESPONDENT

v.                          Case No. 4:17-cv-04016

DOMETIC CORPORATION                                       DEFENDANT/
                                                  COUNTER-CLAIMANT

## ORDER

Before the Court are Motions to Withdraw as Counsel filed by Plaintiff Anden Service Corporation's counsel, Angi Taylor. (ECF No. 14; ECF No. 15). Counsel seeks to be relieved as attorney of record in the above styled and numbered case. If the Court allowed Ms. Taylor to withdraw, Plaintiff Anden Service Corporation, would be left without representation of counsel. It is settled law that a corporation cannot appear pro se. *See Carr Enters, Inc. v. U.S.*, 698 F.2d 952, 953 (8th Cir. 1983). Thus, the Court finds that the Motions to Withdraw as Counsel (ECF No. 14; ECF No. 15) should be and hereby are **DENIED**. If Plaintiff Anden Service Corporation retains substitute counsel, Ms. Taylor may move the court to revisit this issue.

**IT IS SO ORDERED**, this 28th day of September, 2018.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge