IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDEN SERVICE CORPORATION                                                      PLAINTIFF

v.                              Civil No. 4:17-cv-04016

DOMESTIC CORPORATION                                                           DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Compel. ECF No. 18. Defendant has attached the discovery requests as Defendant's First Set of Interrogatories and Requests for Production. ECF No. 18-1. Defendant served these discovery requests on November 27, 2017. As of this date, no responses to the requested discovery has been provided.

Plaintiff has responded (ECF No. 21) to the Motion to Compel and admits no responses have been provided. Plaintiff asserts court intervention is not necessary at this time as it intends to comply with outstanding discovery requests by November 20, 2018. Accordingly, the Court finds this Motion should be **GRANTED**. Plaintiff is given until November 30, 2018 to provide these responses.

**DATED this 13th day of November 2018.**

                                                                          /s/ Barry A. Bryant
                                                                         HON. BARRY A. BRYANT
                                                                         U.S. MAGISTRATE JUDGE