IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDEN SERVICE CORPORATION                                    PLAINTIFF

v.                              Case No. 4:17-cv-4016

DOMETIC CORPORATION                                          DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice.  (ECF No. 24).
The Court finds that no response is necessary and that the matter is ripe for consideration.

On January 11, 2019, the parties filed the instant stipulation, stating that they have reached a
settlement of all claims in this matter.  Accordingly, the parties ask the Court to dismiss Plaintiff Anden
Service Corporation's complaint and Defendant Dometic Corporation's counterclaim with prejudice
pursuant to Rule 41(a).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by "a
stipulation of dismissal signed by all parties who have appeared."  The instant stipulation of dismissal
is signed by all parties to this matter.

Upon consideration, the Court finds that good cause has been shown.  Accordingly, Plaintiff's
complaint and Defendant's counterclaim are hereby **DISMISSED WITH PREJUDICE**.  If any party
desires that the terms of settlement be a part of the record therein, those terms should be reduced to
writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains
jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not
been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 17th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge